UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
C.M., et al.,

                        Plaintiffs,

             -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                      Defendants.
------------------------------------------------------------X

20 Civ. 6328 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, Plaintiffs have filed a Complaint alleging, inter alia, violations of the Individuals with Disabilities Education Improvement Act;

      WHEREAS, Defendants have filed their Answer; it is hereby

      **ORDERED** that, by **October 27, 2020**, the parties shall file a joint proposed briefing schedule.

Dated: October 20, 2020
       New York, New York

                                                 **LORNA G. SCHOFIELD**
                                            **UNITED STATES DISTRICT JUDGE**