

| JAMES E. JOHNSON<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | MARTIN BOWE<br>*Senior Counsel*<br>Tel: (212) 356-0894<br>Cell: (646) 498-7178 |

October 27, 2020

**VIA ECF**
Hon. Lorna G. Schofield
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2260
New York, NY 10007
(212) 805-0288

        Re:    *C.M. obo N.C. v. N.Y.C. Dep't of Educ.,* 20-cv-6328 (LGS)(KNF)

Dear Judge Schofield:

    I am Assistant Corporation Counsel in the office of Corporation Counsel James E. Johnson, attorney for Defendant in the above-referenced action wherein Plaintiff seeks solely attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq*. ("IDEA"), as well as for this action.

    I write on behalf of all parties to request an extension of the parties' time to file a proposed briefing schedule, from October 27, 2020 to December 10, 2020. Preliminarily, the lateness of this request resulted from COVID-19 related administrative difficulties on the part of the Defendant which caused an incorrect notation of the last date to request this extension rather than the date the parties submission was due. I take full responsibility for this lateness and for any inconvenience for the Court as a result. This is the first request for an extension of this submission deadline. The reason for this request is that the parties are hopeful we can fully resolve this case without burdening the Court with any further litigation. The parties expect to be able to begin settlement negotiations over the next two weeks.

    Accordingly, the parties respectfully propose that a next status letter be due no later than December 10, 2020, either informing the Court of settlement or proposing a briefing schedule, or in the alternative, requesting referral to Magistrate Judge Fox for assistance with settlement if at that time the parties think that would be productive.

    Thank you for considering this request.

| | Respectfully submitted, |
|---|---|
| | */s/* |
| | Martin Bowe |
| | Senior Counsel |

*/s/ Lorna G. Schofield*
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

    cc:    Elissa Hyman, Esq (via ECF)

The application is untimely but is nevertheless GRANTED. By **December 10, 2020**, the parties shall file a joint status letter detailing the results of settlement discussions. If a settlement agreement is not reached, the parties will include in the status letter a joint proposed briefing schedule.

SO ORDERED.        Dated: October 28, 2020        New York, New York